UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED BY _____ D.C.

00 JUN -9 PM 3:31

MADDOX
S. DIST. CT.
S.D. OF FLA - MIA

ACCESS NOW, INC., a Florida
not-for-profit corporation; and
EDWARD RESNICK, an individual,

    Plaintiffs,

vs.

KEY INTERNATIONAL GROUP,
INC., a Florida corporation, d/b/a
Key International Lincoln Plaza Building,

    Defendant.
_____/

CASE NO. 99-2112-
CIV-UNGARO-BENAGES

Magistrate Judge Brown

## JOINT NOTICE OF SETTLEMENT
## AND REQUEST FOR DISMISSAL
## AND
## AGREED ORDER FOR DISMISSAL

NOW COME the Plaintiffs and Defendant, and hereby inform the Court that the parties hereto are in the process of negotiating the final terms of a Stipulation for Settlement regarding this matter. The parties expect that this Stipulation will be fully executed within the next thirty (30) days, and shall remain in their possession. Pursuant to the Stipulation for Settlement, the parties jointly move that this matter be dismissed without prejudice. Upon the parties' execution of the Stipulation for Settlement, the parties will notify the Court, and request the Court to amend its Order of Dismissal to a dismissal with prejudice, with the Court retaining jurisdiction over this matter for the enforcement of the Stipulation for Settlement.

WHEREFORE, the Plaintiffs and Defendant respectfully request the Court to enter the proposed Agreed Order dismissing this cause without prejudice based upon the Stipulation for Settlement to be entered into herein.

| | |
|---|---|
| ROSLYN L. STEVENSON, P.A.<br>Attorneys for Plaintiffs | MURAI WALD BIONDO & MORENO, P.A.<br>Attorneys for Defendant |
| By: *R Stevenson*<br>Roslyn L. Stevenson<br>Florida Bar No. 829803<br>411 South Presidential Circle<br>4000 Hollywood Boulevard<br>Hollywood, Florida 33021<br>Telephone: 1-954-964-0061<br>Telefax: 1-954-964-6303<br>Dated: 6-8-2000 | By: *Lynette McGuinness*<br>Lynette Ebeoglu McGuinness<br>Florida Bar No. 813648<br>25 Southeast Second Avenue, Suite 900<br>Miami, Florida 33131<br>Telephone: 305-358-5900<br>Telefax: 305-358-9490<br>Dated: 6-8-2000 |

G:\DATA\KEVIN\T\Access Now\Joint Notice of Settlement