UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division



ACCESS NOW, INC., a Florida
not-for-profit corporation; and
EDWARD RESNICK, an individual,

    Plaintiffs,

vs.

KEY INTERNATIONAL GROUP,
INC., a Florida corporation, d/b/a
Key International Lincoln Plaza Building,

    Defendant.
_____/

CASE NO. 99-2112-
CIV-UNGARO-BENAGES

Magistrate Judge Brown

### AGREED ORDER FOR DISMISSAL

THIS CAUSE came before the Court on the Joint Notice of Settlement and Request for Dismissal. The Court having considered the Notice, reviewed the pleadings and papers filed in this cause, and being advised that the parties hereto seek the dismissal of this action with the Court retaining jurisdiction for the enforcement of the Stipulation for Settlement to be entered into between the parties, it is hereby

ORDERED AND ADJUDGED that:

1.    This matter is hereby dismissed without prejudice.

2.    Within thirty (30) days of the entry of this Order, the parties will furnish the Court with notice that the Stipulation for Settlement has been fully executed by the parties.

3.    This Court retains jurisdiction over this matter for the purpose of enforcing the terms of the Stipulation for Settlement and this Agreed Order.

4. The parties are attempting to negotiate the issue of entitlement to attorney's fees as part of the Stipulation for Settlement. This Court retains jurisdiction for purposes of determining the parties' entitlement to attorney's fees, expenses and costs, and the amount thereof, if the parties are unable to resolve this issue.

DONE AND ORDERED in chambers at Miami-Dade County, Florida this 3 day of June, 2000.

*[signature]*
U.S. DISTRICT COURT JUDGE
Ursula Ungaro - Benages

**Copies furnished to:**

Roslyn L. Stevenson, Esq.
Lynette Ebeoglu McGuinness, Esq.

G:\DATA\KEYINT\Access Now\Agreed Order