UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

vs.

KEY INTERNATIONAL GROUP,
INC., a Florida corporation, d/b/a
KEY INTERNATIONAL LINCOLN
PLAZA BUILDING,

    Defendant.
_____/

CASE NO.:  99-2112
CIV-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

## NOTICE OF CHARGING LIEN BY NAVON, KOPELMAN, O'DONNELL & LAVIN, P.A.

Navon, Kopelman, O'Donnell & Lavin, P.A. ("NKOL") prior counsel for Plaintiffs hereby serv this Notice that NKOL and its shareholders claim and are entitled to a charging lien in an amount to be mutually agreed upon or as may be established by the Court, for attorney's fees and costs due for professional services rendered to Plaintiffs to be impressed upon any settlement, order or judgment, or other disposition is this case.

    DATED: April 1`, 2001.

    NAVON, KOPELMAN,
    O'DONNELL & LAVIN, P.A.
    Attorney for Plaintiff, Access Now
    2699 Stirling Road, Suite B-100
    Fort Lauderdale, FL 33312
    Telephone: (954) 967-2788
    Facsimile: (954) 983-7021

    By: _____
    Garry W. O'Donnell, Esq.

Florida Bar No.: 478148

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I hereby certify that a true and correct copy of the foregoing has been served via U.S. mail upon: Lynette McGuinness, Esquire, 900 Ingraham Building, 25 S.E. 2nd Avenue, Miami, Florida 33131; and Gregory E. Schwartz, Esq., The Law Offices of Gregory E. Schwartz, 5620 Oakview Terrace, Fort Lauderdale, Florida 33312 this 19 day of April, 2001.

_____
Garry W. O'Donnell, Esq.

\\Host\doc\Schwartz\Access Now\407 Lincoln Road\Pleadings\Notice of Charging Lien.wpd