UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

      Plaintiffs,

vs.

KEY INTERNATIONAL GROUP,
INC., a Florida corporation, d/b/a
KEY INTERNATIONAL LINCOLN
PLAZA BUILDING,

      Defendant.
_____/

CASE NO.: 99-2112
CIV-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

## AGREED ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFFS ACCESS NOW, INC. AND EDWARD RESNICK AND CHARGING LIEN

THIS CAUSE having come on to be considered on the Stipulation for Substitution of Counsel and entry of this Agreed Order by and between Navon, Kopelman, O'Donnell & Lavin, P.A. ("NKOL"), The Law Offices of Gregory E. Schwartz ("GES") and Plaintiffs Access Now, Inc. and Edward Resnick (collectively referred to as "Access Now"), and the Court having reviewed and considered the Stipulation, and being otherwise advised in the premises it is hereupon:

ORDERED AND ADJUDGED as follows:

1. GES is hereby substituted for NKOL as counsel of record for Access Now and all future pleadings, correspondence, and documents shall be directed to GES.

2. NKOL and its shareholders are discharged from any further responsibility to Access Now in this case.

3. NKOL and its shareholders are entitled to and shall have a charging lien in an amount to be mutually agreed upon or as may be established by the Court, for attorney's fees and costs to

be impressed upon any settlement, order or judgment, or other disposition in this case.

DONE AND ORDERED in Chambers this 24 day of April, 2001.

*[signature]*
United States District Judge
Ursula Ungaro-Benages

Copies furnished counsel:

Gregory E. Schwartz, Esq.
Andrew T. Lavin, Esq.
Lynette McGuinness, Esq.